UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
ROGUE VALLEY MEDICAL CENTER,             )
                                         )
          Plaintiff,                     )
                                         )
     v.                                  )          Civil Action No. 03-0477 (PLF)
                                         )
KATHLEEN SEBELIUS,                       )
   Secretary, United States Department of )
   Health and Human Services,            )
                                         )
          Defendant.[1]                  )
                                         )
_____)

ORDER

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that plaintiff's motion to amend [28] is DENIED; it is

FURTHER ORDERED that plaintiff's motion to strike [25] is DENIED; and it is

FURTHER ORDERED that defendant's motion to dismiss [24] is GRANTED.

This case shall be dismissed for failure to state a claim. The Clerk of the Court shall remove this

case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a).

          SO ORDERED.


                              _/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: March 16, 2010

_____

[1]      The Court has substituted Kathleen Sebelius, the current Secretary of the
Department of Health and Human Services, as the defendant in place of former Secretary
Michael Leavitt, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.